HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN JACK BIRCHFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 11-199 KJM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| KEVIN JACK BIRCHFIELD, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable KIMBERLY J. MUELLER |

Defendant, KEVIN JACK BIRCHFIELD, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 7, 2012, this Court sentenced Mr. Birchfield to a term of 84 months imprisonment;

3. His total offense level was 23, his criminal history category was VI, and the resulting guideline range was 92 to 115 months. He received a sentence below the applicable range;

1       4.      The sentencing range applicable to Mr. Birchfield was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

      5.      Mr. Birchfield's total offense level has been reduced from 23 to 21, and his amended guideline range is 77 to 96 months;

      6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Birchfield's term of imprisonment to 77 months.

Respectfully submitted,

Dated:  August 26, 2015　　　　　　　　　　Dated:  August 26, 2015

BENJAMIN B. WAGNER　　　　　　　　　HEATHER E. WILLIAMS
United States Attorney　　　　　　　　　　Federal Defender


 /s/ *Jason Hitt*　　　　　　　　　　　　　　 /s/ *Hannah R. Labaree*
JASON HITT　　　　　　　　　　　　　　HANNAH R. LABAREE
Assistant U.S. Attorney　　　　　　　　　Assistant Federal Defender

Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant
UNITED STATES OF AMERICA　　　　　KEVIN JACK BIRCHFIELD

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Birchfield is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 77 to 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2012 is reduced to a term of 77 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Birchfield shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 27, 2015

_____
UNITED STATES DISTRICT JUDGE